NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

ANTHONY CARRION,                    )
                                    )
            Appellant,              )
                                    )
v.                                  )        Case No. 2D19-69
                                    )
STATE OF FLORIDA,                   )
                                    )
            Appellee.               )
_____    )

Opinion filed October 16, 2019.

Appeal pursuant to Fla. R. App. P.
9.141(b)(2) from the Circuit Court for
Hillsborough County; Michelle Sisco,
Judge.

Andrew B. Greenlee of Andrew B.
Greenlee, P.A., Sanford, for Appellant.


PER CURIAM.


            Affirmed.


BLACK, LUCAS, and SMITH, JJ., Concur.